# United States Court of Appeals for the Fifth Circuit

———————

No. 23-30813
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
November 21, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ODIS L. TAYLOR,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CR-75-1

———————————————————

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Odis L. Taylor has moved for leave to withdraw and has filed a brief and corrected brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Taylor has not filed a response. We have reviewed counsel's corrected brief and the relevant portions of the record reflected

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30813

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.